# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jacob Lazcano,

Plaintiff(s),

v.

United States,

Defendant(s).

Case No. 1:17-cv-02969
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) United States
and against plaintiff(s) Jacob Lazcano

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Andrea Wood without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 3/10/2020                        Thomas G. Bruton, Clerk of Court

                                       /s/Enjoli Fletcher, Deputy Clerk